**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 17–01013–dd                            Chapter: 7

**In re:**
Tammy Louise Yoho
aka Tammy Black

**NOTICE OF REQUIREMENT TO FILE CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE (Official Form B423)**

| **Filed By The Court** |
| :---: |
| **3/6/19** |
| **Laura A. Austin** |
| **Clerk of Court** |
| **US Bankruptcy Court** |

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. § 727). Pursuant to the local rules of this Court, the debtor(s) must complete and file the Certification About a Financial Management Course (Official Form B423) as described in 11 U.S.C. § 111.

Debtor(s) and/or debtor's(s') attorney is/are hereby notified that the debtor(s) must file the Official Form B423 within 14 days after the date of this notice. Failure to file the certification may result in the case being closed without an entry of discharge.

Laura A. Austin
Clerk of Court
United States Bankruptcy Court

By:  Admin, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201–2423
(803) 765–5436